| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>NYC IMAGE INTERNATIONAL, INC.,<br>            Plaintiff,<br>    -against-<br>RS USA, INC., et al.,<br>            Defendants. | 19-CV-10355 (VSB) (BCM)<br><br>**ORDER SCHEDULING SETTLEMENT CONFERENCE** |

USDC SDNY / DOCUMENT ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 5/20/21

**BARBARA MOSES, United States Magistrate Judge.**

At the request of the parties, the settlement conference originally scheduled for April 29, 2021, will take place before Magistrate Judge Barbara Moses on **June 16, 2021, beginning at 2:15 p.m.** All other provisions of the Order Scheduling Settlement Conference dated April 2, 2021, (Dkt. No. 45), remain in effect.

Dated: New York, New York
       May 20, 2021

                                           **SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**