

900 Third Avenue New York, NY 10022-4775
Tel: (212) 508-6700 | Fax: (212) 371-1084
www.thsh.com | @THSHLAW

**Maryann C. Stallone**
Direct Dial: (212) 508-6741
Fax: (212) 371-1084
E-mail: Stallone@thsh.com

**MEMO ENDORSED**

June 15, 2021

Honorable Barbara Moses
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/21
```

RE: *NYC Image Int'l, Inc. v. RS USA, Inc. et al.*
     Case Number: 1:19-CV-10355-VSB

Dear Judge Moses:

We represent the plaintiff NYC Image International, Inc. ("Plaintiff" or "NYC Image") in the above-referenced action and submit this letter jointly with counsel for Defendants. The parties have engaged in settlement negotiations over the last few weeks and appear to be close to arriving at a resolution of the above-referenced matter. Therefore, we seek an additional adjournment of the settlement conference scheduled for tomorrow, June 16, 2021 at 2:15pm. The parties propose July 7, 12 or 13th at 2:15 p.m. as alternate proposed dates for the settlement conference in the event this matter is not resolved by the parties.

We thank Your Honor for your attention to this matter.

Respectfully submitted,

*Maryann Stallone*

Maryann C. Stallone

> APPLICATION GRANTED. The settlement conference scheduled for June 16, 2021 is adjourned to **July 12, 2021** beginning at **2:15 p.m.** The parties' joint settlement letter is due by **July 6, 2021**. The parties shall promptly inform the Court if settlement is reached in advance of the conference. SO ORDERED.
>
> *Barbara Moses*
> Barbara Moses
> United States Magistrate Judge
> June 15, 2021

cc: Steven Ross, Esq. (Steven@rossasmar.com)