

**Tannenbaum Helpern Syracuse & Hirschtritt LLP**

900 Third Avenue New York, NY 10022-4775
Tel: (212) 508-6700 | Fax: (212) 371-1084
www.thsh.com | @THSHLAW

**Maryann C. Stallone**
Direct Dial: (212) 508-6741
Fax: (212) 371-1084
E-mail: Stallone@thsh.com

# MEMO ENDORSED

July 8, 2021

Honorable Barbara Moses
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/9/21
```

      RE:    *NYC Image Int'l, Inc. v. RS USA, Inc. et al.*
             Case Number: 1:19-CV-10355-VSB

Dear Judge Moses:

    We represent the plaintiff NYC Image International, Inc. ("Plaintiff" or "NYC Image") in the above-referenced action and submit this letter jointly with counsel for Defendants. The parties are continuing to engage in settlement negotiations and appear to be close to arriving at a resolution of the above-referenced matter. Therefore, we seek an additional adjournment of the settlement conference scheduled for July 12, 2021. The parties propose July 27, 28 or 29th at 2:15 p.m. as alternate proposed dates for the settlement conference in the event this matter is not resolved by the parties.

    We thank Your Honor for your attention to this matter.

cc: Steven Ross, Esq. (Steven@rossasmar.com)

Respectfully submitted,

*Maryann Stallone*

Maryann C. Stallone

---

Application GRANTED to the extent that the settlement conference now scheduled for July 12, 2021 is ADJOURNED to **August 2, 2021 at 2:15 p.m.** The parties' joint settlement letter is due by **July 26, 2021**. The parties shall promptly inform the Court if settlement is reached in advance of the conference. SO ORDERED.

*Barbara Moses*
_____
Barbara Moses
United States Magistrate Judge
July 9, 2021