**Tannenbaum Helpern Syracuse & Hirschtritt** LLP

900 Third Avenue New York, NY 10022-4775
Tel: (212) 508-6700 | Fax: (212) 371-1084
www.thsh.com | @THSHLAW

**Maryann C. Stallone**
Direct Dial: (212) 508-6741
Fax: (212) 371-1084
E-mail: Stallone@thsh.com

July 28, 2021

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/29/21

Honorable Barbara Moses
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> Application GRANTED to the extent that the August 2, 2021 conference is ADJOURNED *sine die*. The parties shall submit a joint status letter no later than **August 24, 2021** updating the Court as to the status of settlement negotiations. The parties shall promptly inform the Court if settlement is reached in advance of the joint-letter deadline. SO ORDERED.
>
> _____
> Barbara Moses
> United States Magistrate Judge
> July 29, 2021

RE: *NYC Image Int'l, Inc. v. RS USA, Inc. et al.*
Case Number: 1:19-CV-10355-VSB

Dear Judge Moses:

    We represent the plaintiff NYC Image International, Inc. ("Plaintiff" or "NYC Image") in the above-referenced action and submit this letter jointly with counsel for Defendants. The parties are continuing to engage in settlement negotiations and appear close to arriving at a resolution of the above-referenced matter. Therefore, we seek an additional adjournment of the settlement conference scheduled for August 2, 2021. The parties propose August 24, 25 or 26th at 2:15 p.m. as alternate proposed dates for the settlement conference in the event this matter is not resolved by the parties.

    We thank Your Honor for your attention to this matter.

Respectfully submitted,

Maryann C. Stallone

cc: Steven Ross, Esq. (Steven@rossasmar.com)