UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
NYC IMAGE INTERNATIONAL, INC.,                               :
:
                     Plaintiffs,                  :
:      19-cv-10355 (VSB)
         -against-                           :
:      **ORDER**
RS USA, INC. et al.,                                         :
:
                    Defendants.                   :
:
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/2021

VERNON S. BRODERICK, United States District Judge:

       This case is currently scheduled for a post-discovery conference on August 19, 2021 at 12 PM. (Doc. 43.) In the parties' most recent status update, dated July 28, 2021, they indicated that they "are continuing to engage in settlement negotiations and appear close to arriving at a resolution" of the case. (Doc. 54.) Magistrate Judge Barbara C. Moses, assigned to the case for settlement purposes, directed the parties to file a joint filing on or before August 24, 2021 to update the Court as to the status of settlement negotiations. (Doc. 55.) Accordingly, it is hereby:

       ORDERED that the August 19, 2021 post-discovery conference is ADJOURNED sine die.

       IT IS FURTHER ORDERED that, if the parties have not reached a settlement by the time they file their joint status update on or before August 24, 2021, they should indicate in that joint filing the status of discovery and the parties' proposed dates for a post-discovery conference.

       SO ORDERED.

Dated:  August 18, 2021
           New York, New York

*Vernon S. Broderick*
Vernon S. Broderick
United States District Judge