USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
          :
NYC IMAGE INTERNATIONAL, INC.,   :
          :
        Plaintiffs,  :
          :    19-cv-10355 (VSB)
    -against-  :
          :    **ORDER**
RS USA, INC. et al.,  :
          :
        Defendants.  :
         :
-------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

On August 25, 2021, I directed the parties to submit a joint filing when they have reached a settlement agreement in principle or on September 8, 2021, whichever date was sooner. (Doc. 58.) The parties have failed to comply with this order. Accordingly, it is hereby:

ORDERED that the parties are directed to submit a joint filing on or before September 10, 2021, as to the status of settlement discussions and the parties' proposed course of action for next steps.

SO ORDERED.

Dated: September 9, 2021
      New York, New York

                                            Vernon S. Broderick
                                            United States District Judge