UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
NYC IMAGE INTERNATIONAL, INC.,

                        Plaintiffs,

            -against-

RS USA, INC. et al.,

                       Defendants.
------------------------------------------------------------ X

19-cv-10355 (VSB)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/2021

<u>VERNON S. BRODERICK</u>, United States District Judge:

      On August 25, 2021, I directed the parties to submit a joint filing when they have reached a settlement agreement in principle or on September 8, 2021, whichever date was sooner.  (Doc. 58.)  The parties have failed to comply with this order.  Accordingly, it is hereby:

      ORDERED that the parties are directed to submit a joint filing on or before September 10, 2021, as to the status of settlement discussions and the parties' proposed course of action for next steps.

      SO ORDERED.

Dated:  September 9, 2021
          New York, New York

                                              Vernon S. Broderick
                                              United States District Judge