UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
NYC IMAGE INTERNATIONAL, INC.,            :     1:19-cv-10355-VSB
:
Plaintiff,       :     **CONSENT**
:     **PERMANENT**
- against -                        :     **INJUNCTION**
:
RS USA, INC. and MD RUSTOM ALI,           :
:
Defendants.      :
:
-------------------------------------------------------------- x



Vernon S. Broderick, District Judge:

In accordance with the Settlement Agreement among the parties, which the Court has reviewed, and the parties having consented therein to the entry of this Permanent Injunction, it is hereby

**ORDERED, ADJUDGED and DECREED,** that defendants RS USA Inc. and MD Rustom Ali, together with their officers, directors, agents, servants, employees, and all those acting or attempting to act in concert or participation with either of them, are hereby permanently **ENJOINED AND RESTRAINED** from:

(a) In any way, directly or indirectly, selling merchandise, displaying or copying or using any design similar to the copyrighted design of Plaintiff known as "Vintage American Flag Design" or any colorable imitation thereof, or any mark confusingly similar thereto, or holding out RS USA or any other business operated by MD Rustom Ali to the public as an authorized trademark owner or dealer of the trademark Vintage American Flag Design or any colorable imitation thereof, or any mark confusingly similar thereto;

17

MA

or

(b) Stating, suggesting or implying in any manner that RS USA or any other business operated by MD Ruston Ali is authorized to sell, use, display or distribute any Vintage Americana Flag merchandise except as agreed to in the Settlement Agreement, dated September 14, 2021.

Dated: New York, New York
         September 28 , 2021 at         m.

_____
                                U.S.D.J.

Entry of the foregoing Injunction and Order is hereby consented to:

Dated: September 14 2021                         Dated: September 14, 2021

TANNENBAUM HELPERN SYRACUSE                      ROSS & ASMAR LLC
& HIRSCHTRITT LLP

By:_____                       By:_____
    Maryann C. Stallone., Esq.                       Steven Ross, Esq.
900 Third Avenue                                 499 Seventh Avenue, 23rd Floor, South Tower
New York, New York 10022                         New York, New York 10018
Tel: (212) 508-6741                              Tel: (212) 736-4202
stallone@thsh.com                                steven@rossasmar.com
*Attorneys for Plaintiff*                        Attorneys for Defendants

18

MA